# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

| | | |
|---|---|---|
| **Alfredo Rodriguez-Bahena** | *PRINCIPAL* | the United Mexican States |
| A206 895 270 YOB: | 1990 | |
| **Carlos Acevedo-Vargas** | *CO-PRINCIPAL* | the United Mexican States |
| A202 074 739 YOB: | 1991 | |

**CRIMINAL COMPLAINT**

Case Number:

M-15-1061

United States District Court
Southern District of Texas
FILED

JUL 01 2015

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 29, 2015__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Carlos Antonio Chavez-Melgar, Jose Del Carmen Redondo-Buezo, and Kerin Melissa Barralaga-Gallegos, citizens and nationals of Honduras, along with twelve (12) other undocumented aliens for a total of fifteen (15), who had come to, entered, or remained in the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(iii)__ __FELONY__

I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On June 29, 2015, Border Patrol Agent Alexandro Solis conducted surveillance on a home at 2819 Luxury Lane Edinburg, Texas. Information received through debriefs, RGV Intelligence agents learned that the target location was being used to harbor undocumented immigrants. Agent Solis observed a tan Nissan Altima driven by Alfredo RODRIGUEZ-Bahena, which was later identified, arrived at the target location at 11:20 am and ten minutes later drove away.

RODRIGUEZ-Bahena drove to the Wal-Mart in Pharr, Texas entered the store and returned, after 30 minutes, with several plastic bags of groceries and several plastic one gallon jugs. After making a stop at a HEB store in McAllen, Texas, RODRIGUEZ-Bahena then drove back to the target location. At the target location, BPA A. Solis observed RODRIGUEZ-Bahena pickup one subject, which was later identified Carlos ACEVEDO-Vargas, from location and proceeded drive away.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by: Linda Requerez, AUSA
7/1/15

Signature of Complainant

Francisco Sanchez        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

July 1, 2015                                  at    McAllen, Texas
Date                                                City and State

Dorina Ramos            , U. S. Magistrate Judge
Name and Title of Judicial Officer                  Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-15-1061-M

| | | |
|---|---|---|
| **RE:** | **Alfredo Rodriguez-Bahena** | **A206 895 270** |
| | **Carlos Acevedo-Vargas** | **A202 074 739** |

**CONTINUATION:**

BPA A. Solis contacted Hidalgo County Constable Deputy Mark Espinoza to assist in conducting a vehicle stop. Deputy Espinoza followed the vehicle and performed a traffic stop on the Tan Nissan Altima near the intersection of Val Verde and Alberto Road for Defective Tail Lamp. Deputy M. Espinoza approached the driver and issued a warning for Defective Tail Lamp and for Driving on an Improved Shoulder. Border Patrol Agents approached the vehicle stop and questioned the driver and passenger of the vehicle as to their immigration status. The driver identified himself as Alfredo RODRIGUEZ-Bahena, and claimed to be in the United States illegally. The passenger of the vehicle was identified as Carlos ACEVEDO-Vargas and claimed to be in the United States illegally.

RODRIGUEZ-Bahena and ACEVEDO-Vargas were read their Miranda Rights by agents, stated that they understood their rights and waived their right to have an attorney present during questioning at that time.

Agents questioned RODRIGUEZ-Bahena and admitted that he knew that there were 15 UDAS at target location but that the caretaker, person in charge, and the one that had control of the target location was Carlos ACEVEDO-Vargas.

Carlos ACEVEDO-Vargas admitted to agents that he was the caretaker and was in charge of the target location. Also, 15 Undocumented Aliens were currently at the target location in Edinburg, Texas. ACEVEDO granted agents consent to search the target location.
Homeland Security Investigations Special Agent Joseph Navarrette was contacted and agreed to perform a Knock and Talk at the target location. Agents and ACEVEDO-Vargas attempted to open the front door but it was locked; ACEVEDO-Vargas was able to gain entrance to the home through an unlocked window to his personal room. He then unlocked the door and granted access to agents. Agents were able to make entry and located all 15 subjects inside the target location. All subjects were questioned and admitted that they were in the United States illegally. All subjects were transported to the Weslaco Border Patrol Station for interview and processing.

**PRINCIPAL STATEMENTS:**
Alfredo RODRIGUEZ-Bahena and Carlos Acevedo-Vargas were read their Miranda Rights, understood their rights and were willing to provide a sworn statements without the presence of an attorney.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-15- /o 6 / -M

| | |
|---|---|
| RE: Alfredo Rodriguez-Bahena | A206 895 270 |
| Carlos Acevedo-Vargas | A202 074 739 |

**CONTINUATION:**

**Alfredo RODRIGUEZ-Bahena**
Alfredo RODRIGUEZ-Bahena, citizen and national of Mexico illegally present in the United States, stated that a man by the nickname "El Sobrino" hired him to be in charge of making travel arrangements for undocumented aliens. He was also given the task of picking up money for the payment of a caretaker by the nickname of "Guero". Rodriguez, via Photo Line-up was able to identify "Guero" as Carlos Acevedo-Vargas. Rodriguez also stated that he would pay Acevedo $500 to care for the house. According to RODRIGUEZ-Bahena, Acevedo was the caretaker of the target location in Edinburg, Texas where the 15 illegal alien were apprehended. Rodriguez-Bahena also state he would purchase the food that was given to the aliens while in custody.

NOTE:
On February 04, 2015, Alfredo Rodriguez-Bahena was identified as a principal in a 3 on 4 Administrative Alien Smuggled Case.

**Carlos ACEVEDO-Vargas:**
Carlos Acevedo-Vargas, citizen and national of Mexico illegally present in the United States, a stated that a man by the nickname "Geyo" later identified as Rodriguez-Bahena, hired him to be in charge of taking care of the daily activities at the stash house in Edinburg, TX. ACEVEDO also stated that he was to receive a $3000.00 reduction from his smuggling fee by performing the caretaker job. The further stated that he had been working at that stash house for the past three months. When questioned how many aliens have passed through the house in the past three months, he stated that approximately 150 illegal immigrants have passed through the house. Acevedo-Vargas was also asked if he has ever received money for his job as care taker in the stash house, he said that he has received a one-time payment of $500 dollars.

**MATERIAL WITNESS STATEMENTS:**
All Material Witnesses were read their Miranda Rights, understood their rights and were willing to provide a sworn statements without the presence of an attorney.

**Carlos Antonio CHAVEZ-Melgar**
Carlos Antonio CHAVEZ-Melgar, a citizen and national of Honduras, stated that he crossed the river illegally on June 26, 2015 with 8 other illegal aliens. After being picked up by a dark colored truck and taken to an abandoned house, a red Jeep Cherokee picked his group and took them to the location where they were apprehended. Chavez stated that the driver of the red jeep parked in the garage of the house and told them get down and a separate subject took down their name in a notebook once inside the home. Chavez stated that the same male subject the searched everyone and confiscated all cellphones.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-15- ) 0 6 / -M

| | | |
|---|---|---|
| RE: | Alfredo Rodriguez-Bahena | A206 895 270 |
| | Carlos Acevedo-Vargas | A202 074 739 |

**CONTINUATION:**

Chavez stated that they were fed twice a day and had a gallon of water in their room. He also stated that no one ever tried to open the door because they were afraid. Chavez stated that he paid $6,500 dollars to be smuggled illegally in to the U.S. Subject was able to identify the male subject in charge of the home as Carlos Antonio CHAVEZ-Melgar through photo lineups.

**Jose Del Carmen REDONDO-Buezo**
Jose Del Carmen REDONDO-Buezo, a citizen and national of Honduras, stated he was charged $2,500.00 USD to be smuggled into the United States. After crossing illegally into the United States, Redondo claims his group was chased by Border Patrol for approximately one hour. He then claims that one member of the group was able to contact smugglers in Reynosa and were advised that they (the smugglers) would have them picked up and then taken to a McDonald's where another driver in a grey car would take them to a house. Approximately after about an hour a subject in a grey car arrived and drove the group to the stash house. Redondo was able to identify, through photo lineup, Alfredo RODRIGUEZ-Bahena as the person that picked up the group at a McDonald's. Subject claims that once they arrived at the stash house RODRIGUEZ-Bahena ordered them to get off the vehicle and go inside the stash house. Once inside they were received by another subject, later identified as Carlos ACEVEDO-Vargas through photo lineup, as the subject working with RODRIGUEZ-Bahena. ACEVEDO-Vargas told the subject not to make any noise and also told them where they were going to sleep at.

**Kerin Melissa BARRALAGA-Gallegos**
Kerin Melissa BARRALAGA-GALLEGOS, a citizen and national of Honduras illegally present in the United States, stated that a man by the name of Carlos, later identified as Carlos ACEVEDO-Vargas, and was in charge of taking care of the daily activities at the stash house located in Edinburg, TX. BARRALAGA, also stated the ACEVEDO-Vargas, would leave the home and return with food and water for all the people in the stash house. BARRALAGA was also able to identify a second subject through photo lineup as a co-principle in this case, later identified as Alfredo RODRIGUEZ-Bahena. BARRALAGA also stated that subject RODRIGUEZ-Bahena would also help with providing the subjects in the house with food and water.